# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SPINE & SPORTS CHIROPRAFTIC, INC., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) No.  1:16-CV-01321 |
| Plaintiff, | ) |
| v. | ) ) |
| ADVANTAGE MEDICAL EQUIPMENT & SUPPLY, INC., and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to Joint Stipulation of Dismissal (Doc. #30) filed by the Parties on March 13, 2017; this matter is hereby dismissed without prejudice.

**SO ORDERED THIS 15TH DAY OF MARCH, 2017.**

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record